# United States District Court

__NORTHERN__ DISTRICT OF __MISSISSIPPI__

UNITED STATES OF AMERICA

v.

**TONY CONROD**

CRIMINAL COMPLAINT

CASE NUMBER: 05-2036-SAA

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 9, 2005__ in __Sunflower__ county, in the __Northern__ District of __Mississippi__ defendant(s) did, (Track Statutory Language of Offense) knowingly distribute approximately 25.3 grams of cocaine base, crack cocaine, a Schedule II controlled substance

in violation of Title __21__ United States Code, Section(s) __841(a), (b)(1)(B)__.

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts:
Official Title

On March 9, 2005, a DEA Confidential Source (CS), acting under the supervision of the DEA Special Agent Arliss Swindoll, made a controlled purchase of approximately 25.3 grams of a mixture and substance containing cocaine base, crack cocaine, from Tony CONROD for $800 in official funds. The drug sale by CONROD occurred at CONROD'S residence in Moorhead, Sunflower County, MS. Pursuant to standard procedure, prior to the purchase, the CS was searched, provided with official funds and equipped with recording equipment and an audio transmitter. Affiant and other agents conducted surveillance of the CS to and from CONROD'S residence. After the purchase, agents took custody of the cocaine base, and again searched the CS, who stated that he/she purchased the crack cocaine from Tony CONROD. The drug sale by CONROD was consensually recorded via the equipment on the CS, and the recordings corroborated the drug sale by CONROD. A Forensic Chemist with the DEA Laboratory identified the substance as 25.3 grams of cocaine base.

Continued on the attached sheet and made a part hereof: ☐ Yes  ☒ No

Signature of Complainant
**Arliss Swindoll**
DEA Special Agent

Sworn to before me and subscribed in my presence,

__November 8, 2005__ at __Oxford, MS__
Date                                                                                  City and State

__S. Allan Alexander, United States Magistrate Judge__
Name & Title of Judicial Officer

Signature of Judicial Officer