# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                              **CRIMINAL ACTION NO. 4:05CR128-P-B**

**TONY CONROD,**                                            **DEFENDANT.**

## TRIAL CONTINUANCE

This matter comes before the court upon Defendant's Motion to Continue [18-1]. Upon due consideration of the motion, the court finds a follows, to-wit:

Trial is currently set for March 6, 2006. Defense counsel avers that additional time is necessary to obtain discovery and that the defendant has waived his rights under the Speedy Trial Act with regard to this continuance. The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from March 6, 2006 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion to Continue [18-1] is hereby **GRANTED**;

(2) Trial of this matter is continued until Monday, May 1, 2006 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from March 6, 2006 to May 1, 2006 is excluded from Speedy Trial Act

considerations as set out above;

      (4) The deadline for filing pretrial motions is April 10, 2006; and

      (5) The deadline for submitting a plea agreement is April 17, 2006.

**SO ORDERED**, this the 21st day of February, A.D., 2006.

                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE