# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                      **CRIMINAL ACTION NO. 4:05CR128-P-B**

**TONY CONROD,**                                  **DEFENDANT.**

## CONTINUANCE

This matter comes before the court upon Defendant Tony Conrod's Motion to Continue Trial [47-1]. Upon due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for June 5, 2006. Defense counsel requests additional time in which to obtain discovery and to prepare for trial.. In the motion, the defendant expressly waives his right to a speedy trial. The Government has no objection to the continuance

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from June 5, 2006 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant Tony Conrod's Motion to Continue Trial [47-1] is hereby **GRANTED**;

(2) Trial of this matter is continued until Monday, July 24, 2006 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from June 5, 2006 to July 24, 2006 is excluded from Speedy Trial Act

considerations as set out above;

    (4) The deadline for filing pretrial motions is July 3, 2006; and

    (5) The deadline for submitting a plea agreement is July 10, 2006.

**SO ORDERED**, this the 24th day of May, A.D., 2006.

                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE