**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                               **CRIMINAL ACTION NO. 4:05CR128-P-B**

**TONY CONROD,**                                       **DEFENDANT.**

### ORDER

This matter comes before the court upon Defendant's Motion to Suppress Audio and Video Tape Information and Transcript [28-1]. Upon due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

The motion is not well-taken and should be denied. On a prior occasion during a telephonic conference, the court gave the defendant the opportunity to submit a brief specifically outlining which portions of the transcripts he finds objectionable. No such brief was submitted to the court. In any event, having listened to the audio tape and observed the video tape, the court concludes that the transcript provided by the Government is sufficiently accurate. Accordingly, the court finds that the tapes are relevant and should not be excluded as unfairly prejudicial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Motion to Suppress Audio and Video Tape Information and Transcript [28-1] is **DENIED**.

**SO ORDERED** this the 14th day of June, A.D., 2006.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE