# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**TONY CONROD,**                                                       **PETITIONER**

**V.**                                                    **NO. 4:05CR128-WAP**

**UNITED STATES OF AMERICA,**                           **RESPONDENT**

## FINAL JUDGMENT

In accordance with the opinion issued this day, Petitioner's Motion to Vacate, Sentence Pursuant to 28 U.S.C. § 2255 (docket entry 89) is hereby DENIED, and is DISMISSED with prejudice.

**IT IS SO ORDERED.**

THIS the 17th day of July, 2008.

                                                                 /s/ W. Allen Pepper, Jr.
                                                                  W. ALLEN PEPPER, JR.
                                                                  UNITED STATES DISTRICT JUDGE