**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**TONY CONROD**                                                                **PETITIONER**

**v.**                                                            **No. 4:05CR128-WAP**

**UNITED STATES OF AMERICA**                                  **RESPONDENT**

## ORDER

This matter comes before the court on Conrod's motion "to vacate judgment." Conrod was sentenced on May 14, 2007. Pursuant to a written plea agreement, Conrod did not appeal his sentence but instead filed a 2255 motion to vacate his sentence. The court denied his 2255 motion on July 17, 2008. Conrod's most recent motion is an attempt to reinstate or reopen the previously denied 2255 motion. The motion (docket entry 99), however, is DENIED.

Conrod has a pending motion for retroactive application of the Sentencing Guidelines related to crack cocaine offenses. The motion will be considered in due course.

**SO ORDERED,** this the 14th day of July, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE